```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Brad Sweatland, et al.,         :

     Plaintiffs,              :

  v.                             :     Case No. 2:05-CV-0478

Barbara L. Edwards, et al.,     :     JUDGE WATSON

     Defendants.              :

ORDER

The unopposed motion of defendants to join Erie Insurance Co. as a party (#8) is granted.  See, e.g., Public Service Co. of Oklahoma v. Black & Veatch, 467 F.2d 1143 (10th Cir. 1972)(partially subrogated insurer is usually party to be joined if feasible).  Within 30 days, Erie Insurance shall either join this action as a plaintiff by the filing of an amended complaint stating the claims of both Erie and the present plaintiffs; or, if it chooses not to do so, plaintiffs shall file an amended complaint, also within 30 days of the date of this order, naming Erie as a defendant and serving it with process.  After that occurs, the Court will realign Erie as a plaintiff.  See Eikel v. States Marine Line, 473 F.2d 959 (5th Cir. 1973); Balistreri v. Richard Jacobs Group, 221 F.R.D. 602 (E.D. Wis. 2004)(party which should be plaintiff but which refuses to join as plaintiff shall be named as a defendant and served with process).  The Court assumes, for purposes of this order, that the joinder of Erie as a plaintiff will not affect the Court's jurisdiction.

                                    /s/ Terence P. Kemp
                                  United States Magistrate Judge